**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JASON JONES,**

      **Plaintiff,**

**v.**                                            **CASE NO. 4:09cv155-SPM/AK**

**FLORIDA DEPARTMENT OF CORRECTIONS, et al,**

      **Defendants.**

_____/


## REPORT AND RECOMMENDATION

Plaintiff filed a complaint on April 27, 2009, alleging civil rights violations. (Doc. 1). Plaintiff was advised by Order dated May 9, 2009, that he must file inmate account information or pay the full filing fee on or before June 5, 2009. (Doc. 3). When the fee was not paid and no inmate account information submitted, an order to show cause was entered on December 29, 2009, directing a response on or before January 13, 2010. (Doc. 4). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he pay the filing fee or submit inmate account information (docs. 3 and 4), and he has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this ___*19th*___ day of January, 2010.




_s/ A. KORNBLUM_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>
     **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**