IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON JONES,

    Plaintiff,

vs.                                             CASE NO.: 4:09-cv-155-SPM/AK

FLORIDA DEPARTMENT
OF CORRECTIONS, et. al,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 6). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 6) is *adopted* and incorporated by reference in this order.

2.     The case is *dismissed without prejudice*.

DONE AND ORDERED this twenty-second day of February, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge